```
             IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

CATHERYNNE PRYOR KENDRICK                              PETITIONER

     V.                          Civil No. 08-5204

LARRY NORRIS, Director
Arkansas Department of
Correction, et al.                                     RESPONDENTS

**O R D E R**

On this 18$^h$ day of December 2008, there comes on for consideration the **Report and Recommendation (Doc. 4)** filed in this case on November 6, 2008, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. No objections have been filed to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is **ADOPTED** in its entirety. Accordingly, the 28 U.S.C. § 2241 petition, treated as an action under 28 U.S.C. § 2254, is hereby **dismissed with prejudice. Petitioner is advised that the continued filing of frivolous actions may result in the clerk being instructed not to file additional pleadings presented by the petitioner**.

IT IS SO ORDERED.

                                               /S/JIMM LARRY HENDREN
                                               JIMM LARRY HENDREN
                                               UNITED STATES DISTRICT JUDGE